# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> IANTHE ROWLAND, ) <br> Defendant. ) | Case No. 2:17-mj-00901-NJK <br> ORDER SETTING HEARING <br> (Docket No. 29) |

Pending before the Court is a letter from Defendant Ianthe Rowland, which the Court construes as a motion to dismiss counsel and appoint new counsel. Docket No. 29. The Court hereby sets the motion for hearing on October 17, 2017, at 10:00 a.m. in courtroom 3A. Defendant and her counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: October 10, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge